**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Case No. 13-cv-2692-RM-CBS

JO-ANN L. LAPING,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS

    This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed March 17, 2014 (ECF No. 15). The Court having reviewed the Motion, and being fully advised, hereby ORDERS as follows:

    The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay their own attorney's fees and costs.

    Dated this 17th day of March, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge